# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Animaw T. Azagie

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:04cv582

Ms. McCoy, Supervisor
Social Security Department

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2006 Order.

FRANK G. JOHNS, CLERK

July 13, 2006

BY: _____

Cynthia Huntley, Deputy Clerk